UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY CRESTON HOLLAND, | 1:11-cv-00185-GBC (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| KELLY HARRINGTON, et al., | (ECF No. 9) |
| Defendants. | |
| _____/ | |

### **ORDER**

Plaintiff is a former state prisoner proceeding on this civil rights action pursuant to 42 U.S.C. § 1983.

On February 2, 2011, Plaintiff filed a Motion to Proceed In Forma Pauperis. Examination of these documents reveals that Plaintiff is unable to afford the costs of this action.

Accordingly, the Motion to Proceed In Forma Pauperis is GRANTED.

IT IS SO ORDERED.

Dated:   April 15, 2011

UNITED STATES MAGISTRATE JUDGE